**EMPLOYMENT OPPORTUNITY**

**MISSISSIPPI DEPARTMENT OF EDUCATION**
**359 North West Street**
**P. O. Box 771, Jackson, Mississippi 39205-0771**

**EDUC-ASSOCIATE SUPERINTENDENT (NON-STATE SERVICE)**
**DISTRICT TRANSFORMATION SUPERINTENDENT**

**Salary Range:  $109,624.24 - $191,842.42**
(salary commensurate with experience)

The Mississippi Department of Education seeks a candidate to serve as a District Transformation Superintendent. The Superintendent will be charged to create a world-class educational system that gives students the knowledge and skills to be successful in college and in the workforce, and to flourish as parents and citizens.

As Superintendent, the successful candidate must possess knowledge of strong instructional practices, thorough expertise in current research-based, district- level leadership team principles and practices, as well as school board governance practices that support sustained high achievement for all students in rural and urban settings. He/she should have strong working knowledge of effective strategies that build and sustain effective school board-superintendent partnerships and strong working knowledge of evaluation, improvement, coaching, and professional development standards of/for district leadership staff. They should possess the ability to analyze, interpret, and execute effective decision-making strategies using multiple data sources to effectively guide school district leaders in determining the effectiveness of staff, instructional programs, strategies, and practices. The candidate must be able to develop and facilitate partnerships that support and sustain high achievement and also be able to relate well to members of the educational community and community at-large. They must be able to work independently and cooperatively as part of a team; be capable of working under severe time constraints; have analytical and complex problem solving skills, as well as, excellent verbal and written communication skills, human relations skills and time management skills.

Responsibilities
The initial primary responsibilities of the District Transformation Superintendent will include, but are not limited to, the following:

*Launch the Office of District Transformation:*
- Develop and implement the policy and regulatory frameworks necessary to support the core work and success of the District Transformation.
- Develop and implement the organizational structure required to operate the District Transformation.
- Implement dramatic changes designed to enable all students to succeed in the schools within District Transformation, particularly in the area of human capital.

**EXHIBIT 2**

*Engage the community:*
- Build and sustain a diverse statewide coalition of community support for District Transformation including community leaders and parents, elected officials, business leaders, and foundations
- Represent the District Transformation publicly, including through media and public appearances; by participating in conferences, councils, associations, committees and workgroups; by testifying before the Mississippi Legislature; and by coordinating and participating in public information campaigns
- Create and provide reports to the Mississippi State Board of Education, the Mississippi State Superintendent, the Legislature, and the public as to the activities and successes of the District Transformation

*Establish the foundation for long-term sustainability and success:*
- Supervise staff, set goals, and measure performance of employees
- Rebuild the culture of schools and districts targeted for improvement to focus on student achievement and long-term measures of student success
- Interface with all offices that implement state and federal requirements
- Develop the potential of all District Transformation employees and local school employees inorder to maximize the sustainability and success of schools and students inthe long term
- Oversee performance management systems and continuous quality improvement processes

## Minimum Qualifications

- A Master's degree from an accredited four year college or university in education, school administration, or a closely related field and eight (8) years of employment in work related to the above described duties, five (5)years of which must have included line or functional supervision

*Experience*
- Experience turning around chronically underperforming schools, districts or working within organizations that do so
  - Experience in rural settings preferred
- Experience in effective strategic planning
- Demonstrated knowledge of high-performing schools
  - Experience working with high-performing schools preferred

*Skills*
- Strong analytical and critical thinking skills, particularly related to evaluating educational policy and complex data
- Strong oral and written communication skills with a variety of stakeholder groups
- Ability to recruit, develop, and maintain a diverse team
- Ability to coordinate, prioritize, and manage a variety of diverse and challenging tasks and systems while maintaining a high level of attention todetail, across multiple sites, and in the face of competing deadlines

- Ability to work across historical "boundaries" to deliver success
- Problem-solving skills
- Tested management and development of high-performing teams measured against performance benchmarks and outcomes
- Exceptional leadership skills as a leader or part of a leadership team in a school or organization that has demonstrated success—or significant improvement—in a high-poverty environment

*Attributes*
- Ability and willingness to travel
    - Work location TBD, but candidate must have ability to be on-site or in districts as needed.
- Tenacity, determination
- Unrelenting focus on delivering results for all students
- Unwavering belief that all students can learn and achieve success in school
- Unwavering orientation to accountability and results
- Appetite for action, impact, and influence

Compensation
The superintendent salary will be competitive and commensurate with experience.

Reporting Relationships
The District Transformation Superintendent will report to the District Transformation Chief Executive.

Applicants must apply online at www.mspb.ms.gov.  (To inquire about this position, please contact Dr. Washington Cole, IV at 601.359.1750)

The deadline for application submission is July 21, 2021. Applicants selected for an interview will be contacted by phone.

**(Mississippi Department of Education is an Equal Opportunity Employer)**