IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**HOLMES COUNTY CONSOLIDATED SCHOOL DISTRICT,    PETITIONERS
DEBRA POWELL, SUPERINTENDENT, AND
HOLMES COUNTY CONSOLIDATED SCHOOL DISTRICT
BOARD OF TRUSTEES, NAMELY LOUISE LEWIS WINTERS,
BOARD PRESIDENT, EARSIE L. SIMPSON, VICE-PRESIDENT,
AND ANTHONY ANDERSON**

**VS.                              CIVIL ACTION NUMBER 3:21-cv-508-DPJ-FKB**

**MISSISSIPPI DEPARTMENT OF EDUCATION,    RESPONDENTS
MISSISSIPPI STATE BOARD OF EDUCATION,
STATE COMMISSION ON SCHOOL ACCREDITATION,
ROSEMARY AULTMAN, CHAIR OF THE STATE
BOARD OF EDUCATION, PAMELA MANNERS, CHAIR OF THE
STATE COMMISSION ON SCHOOL ACCREDITATION,
DR. CAREY WRIGHT, STATE SUPERINTENDENT
OF EDUCATION, THE MISSISSIPPI STATE BOARD OF
EDUCATION AND GOVERNOR JONATHON TATE REEVES**

## ENTRY OF APPEARANCE

COMES NOW Gerald L. Kucia of the Mississippi Attorney General's Office and hereby enters his appearance in the above-styled and numbered cause as counsel of record for Defendants Mississippi Department of Education; Mississippi State Board of Education; State Commission on School Accreditation; Rosemary Aultman, Chair of the State Board of Education; Pamela Manners, Chair of the State Commission on School Accreditation; Dr. Carey Wright, State Superintendent of Education; the Mississippi State Board of Education; and Governor Jonathon Tate Reeves.

THIS the 6th day of August, 2021.

Respectfully submitted,

         MISSISSIPPI DEPARTMENT OF EDUCATION; MISSISSIPPI STATE BOARD OF EDUCATION; STATE COMMISSION ON SCHOOL ACCREDITATION; ROSEMARY AULTMAN, CHAIR OF THE STATE BOARD OF EDUCATION; PAMELA MANNERS, CHAIR OF THE STATE COMMISSION ON SCHOOL ACCREDITATION; DR. CAREY WEIGHT, STATE SUPERINTENDENT OF EDUCATION; THE MISSISSIPPI STATE BOARD OF EDUCATION; AND GOVERNOR JONATHON TATE REEVES, DEFENDANTS

        By: LYNN FITCH, ATTORNEY GENERAL
           STATE OF MISSISSIPPI

        By: s/Gerald L. Kucia
           GERALD L. KUCIA (MSB #8716)
           Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4072
Fax:  (601) 359-2003
Gerald.kucia@ago.ms.gov

ATTORNEY FOR DEFENDANTS MISSISSIPPI DEPARTMENT OF EDUCATION; MISSISSIPPI STATE BOARD OF EDUCATION; STATE COMMISSION ON SCHOOL ACCREDITATION; ROSEMARY AULTMAN, CHAIR OF THE STATE BOARD OF EDUCATION; PAMELA MANNERS, CHAIR OF THE STATE COMMISSION ON SCHOOL ACCREDITATION; DR. CAREY WEIGHT, STATE SUPERINTENDENT OF EDUCATION; THE MISSISSIPPI STATE BOARD OF EDUCATION; AND GOVERNOR JONATHON TATE REEVES,

## **CERTIFICATE OF SERVICE**

I, Gerald L. Kucia, Special Assistant Attorney General and attorney for Defendants Mississippi Department of Education; Mississippi State Board of Education; State Commission on School Accreditation; Rosemary Aultman, Chair of the State Board of Education; Pamela Manners, Chair of the State Commission on School Accreditation; Dr. Carey Wright, State Superintendent of Education; the Mississippi State Board of Education; and Governor Jonathon Tate Reeves; do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's CM/ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 6th day of August, 2021.

s/Gerald L. Kucia
GERALD L. KUCIA