# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**HOLMES COUNTY CONSOLIDATED SCHOOL DISTRICT,**     **PETITIONERS**
**DEBRA POWELL, SUPERINTENDENT, AND HOLMES**
**COUNTY CONSOLIDATED SCHOOL DISTRICT BOARD**
**OF TRUSTEES, NAMELY LOUISE LEWIS WINTERS, BOARD**
**PRESIDENT, EARSIE L. SIMPSON, VICE-PRESIDENT, AND**
**ANTHONY ANDERSON**

**v.**     **CIVIL ACTION No.: 3:21-cv-00508-DPJ-FKB**

**MISSISSIPPI DEPARTMENT OF EDUCATION,**     **RESPONDENTS**
**MISSISSIPPI STATE BOARD OF EDUCATION, STATE**
**COMMISSION ON SCHOOL ACCREDITATION, ROSEMARY**
**AULTMAN, CHAIR OF THE STATE BOARD OF EDUCATION,**
**PAMELA MANNERS, CHAIR OF THE STATE COMMISSION**
**ON SCHOOL ACCREDITATION, DR. CAREY WRIGHT, STATE**
**SUPERINTENDENT OF EDUCATION, THE MISSISSIPPI STATE**
**BOARD OF EDUCATION AND GOVERNOR JONATHON TATE REEVES**

## NOTICE AND ENTRY OF APPEARANCE

COMES NOW, Drew D. Guyton, Special Assistant Attorney General for the State of Mississippi, and files this, his Notice and Entry of Appearance as a counsel of record for Defendants: Mississippi Department of Education; Mississippi State Board of Education; State Commission on School Accreditation; Rosemary Aultman, Chair of the State Board of Education; Pamela Manners, Chair of the State Commission on School Accreditation; Dr. Carey Wright, State Superintendent of Education; the Mississippi State Board of Education; and Governor Jonathon Tate Reeves, (hereinafter, collectively, the "Defendants").

RESPECTFULLY SUBMITTED, this the 9th day of August, 2021.

                           **MISSISSIPPI DEPARTMENT OF EDUCATION;**
                           **MISSISSIPPI STATE BOARD OF EDUCATION; STATE**

    **COMMISSION ON SCHOOL ACCREDITATION; ROSEMARY AULTMAN, CHAIR OF THE STATE BOARD OF EDUCATION; PAMELA MANNERS, CHAIR OF THE STATE COMMISSION ON SCHOOL ACCREDITATION; DR. CAREY WEIGHT, STATE SUPERINTENDENT OF EDUCATION; THE MISSISSIPPI STATE BOARD OF EDUCATION; AND GOVERNOR JONATHON TATE REEVES, DEFENDANTS**

BY: LYNN FITCH, ATTORNEY GENERAL
   FOR THE STATE OF MISSISSIPPI

   /s/ Drew D. Guyton
BY: DREW D. GUYTON, MS Bar No. 104451
   SPECIAL ASSISTANT ATTORNEY GENERAL
   OFFICE OF THE ATTORNEY GENERAL
   CIVIL LITIGATION DIVISION
   Telephone: (601) 359-4242
   Facsimile: (601) 359-2003
   drew.guyton@ago.ms.gov

**CERTIFICATE OF SERVICE**

    I, Drew D. Guyton, Special Assistant Attorney General for the State of Mississippi and Counsel for the Defendants, do hereby certify that on this date I electronically filed the forgoing document with the Clerk of this Court using the Court's electronic filing system, which transmitted a copy to all counsel of record.

    This the 9th day of August, 2021.

                                                            <u>/s/ Drew D. Guyton</u>
                                                             DREW D. GUYTON